CHESTER B. KNAPP, Respondent, v. EVELYN M. KNAPP, Appellant.— Interlocutory judgment of divorce, and order denying defendant's motion to serve an

# 860 CASES REPORTED WITH BRIEF SYLLABI.

amended and supplemental answer affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.